# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**C.H., a minor, by RUSSELL HILLIGOSS and TAMMY HILLIGOSS, his natural guardians,**

v.                                                                  CASE NO. 3:18cv2128-MCR-HTC

**THE SCHOOL BOARD OF OKALOOSA COUNTY, FLORIDA, et al.**
_____/

**N.R., a minor, by JASON RAGAN and AMY RAGAN, his natural guardians,**

v.                                                                  CASE NO. 3:18cv2208-MCR-HTC

**THE SCHOOL BOARD OF OKALOOSA COUNTY, FLORIDA, et al.**
_____/

**STEVEN VAN ETTEN,**

v.                                                                  CASE NO. 3:19cv82-MCR-HTC

**THE SCHOOL BOARD OF OKALOOSA COUNTY, FLORIDA, et al.**
_____/

# **ORDER**

Pending in each of the above-titled cases is a Joint Petition for Approval of a Settlement on Behalf of a Minor and the settlements and releases signed by the parents and attorneys for both sides.  In each case, the Plaintiff has agreed to accept a settlement of $1,000 from Defendant Jon Williams to resolve the dispute against him.  Also pending are several summary judgment motions, including motions filed by Williams, which the Court has been working to resolve.  Some orders on summary judgment motions have been recently filed.  In particular, in *CH*, the Court filed an order granting Williams's summary judgment motion on June 10, 2022, and directed the Clerk to enter judgment in his favor and terminate him from the case.  On June 13, 2022, the Court was on the verge of filing similar orders in the other cases, *NR* and *Van Etten*, but before the summary judgment orders were filed on the docket, the pending motions to approve the settlement were filed, and therefore, the orders were not entered.  As a result, the parties are receiving inconsistent results on their motions to approve a minor's settlement.[1]

---

[1] These inconsistent results could have been avoided had the parties immediately notified the Court on the docket when a settlement was reached, as required by local rule.  *See* N.D. Fla. Loc. R. 16.2(A)(1).

CASE NOs. 3:18cv2128-MCR-HTC; 3:18cv2208-MCR-HTC; 3:19cv82-MCR-HTC

Therefore, because summary judgment was granted on all claims against Williams in *CH* before the Joint Petition for Approval of a Settlement on Behalf of a Minor was filed, the pending motion is moot. In the other cases, *NR* and *Van Etten*, the Court has reviewed the motions for approval, along with the settlement and release in each case. The natural guardians are authorized to enter a settlement and execute a release of the claim without the appointment of a guardian ad litem where the settlement does not exceed $15,000. *See* Fla. Stat. § 744.387(3)(b). The Court finds that the settlement in *NR* and *Van Etten* is in the best interests of the minor or ward and is thus due to be approved.

Accordingly:

1. The Joint Petition for Approval of A Settlement on Behalf of a Minor in **CH,** Case No. 3:18cv2128-MCR-HTC, ECF No. 332, is **MOOT**.

2. The Joint Petition for Approval of A Settlement on Behalf of a Minor in **NR,** Case No. 3:18cv2208-MCR-HTC, ECF No. 270, is **GRANTED**. The Settlement Agreement and General Release is **APPROVED**, and the parents and natural guardians of NR are authorized to execute it and collect the amount of the settlement on behalf of NR. The pending Motion for Summary Judgment by Jon Williams, ECF No. 236, is **MOOT**.

CASE NOs. 3:18cv2128-MCR-HTC; 3:18cv2208-MCR-HTC; 3:19cv82-MCR-HTC

3.     The Joint Petition for Approval of A Settlement on Behalf of a Minor in *Van Etten*, Case No. 3:19cv82-MCR-HTC, ECF No. 243, is **GRANTED**. The Settlement Agreement and General Release is **APPROVED**, and the parents and natural guardians of Steven Van Etten are authorized to execute it and collect the amount of the settlement on his behalf. The pending Motion for Summary Judgment by Jon Williams, ECF No. 213, is **MOOT**.

4.     The Clerk is directed to file a copy of this Order in each of the above-titled cases.

**DONE and ORDERED** this 14th day of June 2022.


*M. Casey Rodgers*
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**

CASE NOs. 3:18cv2128-MCR-HTC; 3:18cv2208-MCR-HTC; 3:19cv82-MCR-HTC